# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Orenstein, James | U.S. District Court, E.D.N.Y. | 07/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination ___ Date ___ <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct professor | New York University School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 07/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | New York University School of Law | $27,765.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Department of Justice -- U.S. Attorney's Office, Eastern District of New York |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United States Judiciary -- Federal Judicial Center | July 29-August 1, 2018 | Denver, CO | Magistrate Judge workshop | Travel , lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 07/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Robert Jones | Tickets to Carnegie Hall concert & dinner | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Department of Education Direct Loan Servicing | Family member's student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase bank accounts (with Family Member #2) | A | Interest | J | T | | | | | |
| 2. IBM | A | Dividend | K | T | | | | | |
| 3. Verizon | A | Dividend | K | T | | | | | |
| 4. ▉▉▉▉ Real Estate Trust (as appraised on 11/12/2008) | | None | K | Q | | | | | |
| 5. JO UBS ACCT (...12) | A | Dividend | J | T | | | | | |
| 6. --UBS Bank USA Deposit Acct. | | None | J | T | | | | | |
| 7. -- Vanguard High Divid Yield ETF | A | Dividend | J | T | | | | | |
| 8. JO UBS ACCT (...83) | | None | N | T | | | | | |
| 9. -- JPMorgan 529 Moderate Growth Portfolio Fund Class A | | None | N | T | | | | | |
| 10. JO UBS ROTH (...47) | E | Int./Div. | O | T | | | | | |
| 11. --UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 12. -- Alphabet Class A | | None | K | T | | | | | |
| 13. -- Alphabet Class C | | None | K | T | | | | | |
| 14. -- Goldman Sachs ActiveBeta US Large Cap Fund | B | Dividend | L | T | Sold (part) | 04/30/18 | J | | |
| 15. | | Dividend | | | Sold (part) | 08/06/18 | J | A | |
| 16. --Ishares Trust Core S&P Smallcap | B | Dividend | L | T | | | | | |
| 17. -- Ishares Select Divid ETF | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --SPDR S&P Midcap 400 | A | Dividend | K | T | | | | | |
| 19. -- Fidelity Advisor Real Estate Income Fund Class I | A | Dividend | | | Sold | 04/18/18 | K | | |
| 20. --Fidelity Advisor New Insights Fund | D | Dividend | L | T | | | | | |
| 21. -- Cohen & Steers Ltd Duration Pfd & Income Fund Inc | B | Dividend | K | T | | | | | |
| 22. -- Nuveen Preferred Securities Income Fund | A | Dividend | K | T | | | | | |
| 23. -- Pioneer High Income Trust | B | Dividend | K | T | | | | | |
| 24. -- Western Asset High Inscome Fund II | B | Dividend | K | T | Buy (add'l) | 04/19/18 | J | | |
| 25. --AB (Alliance Bernstein) High Income Fund | C | Dividend | L | T | Sold (part) | 10/31/18 | J | | |
| 26. --Putnam Diversified Income Trust | B | Dividend | K | T | | | | | |
| 27. -- Templeton Global Total Return Class A | B | Dividend | K | T | | | | | |
| 28. -- Invesco Balanced-Risk Allocation Fund A | | None | K | T | | | | | |
| 29. -- Nuveen Real Asset Income Fund Class A | B | Dividend | K | T | Buy (add'l) | 04/19/18 | K | | |
| 30. FAMILY #2 UBS ROTH (...48) | D | Int./Div. | M | T | | | | | |
| 31. -- UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 32. -- American Funds Capital World Growth & Income Fund Cl A | B | Dividend | K | T | | | | | |
| 33. -- American Funds New World Fund Cl A | A | Dividend | J | T | | | | | |
| 34. -- American Funds Smallcap World Fund Cl A | B | Dividend | K | T | Buy (add'l) | 08/29/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- American Funds Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 36. -- American Funds Growth Fund of America Cl A | C | Dividend | K | T | | | | | |
| 37. -- American Funds New Perspective Fund Cl A | A | Dividend | J | T | | | | | |
| 38. -- American Funds Washington Mutual Investors Fund Cl A | B | Dividend | K | T | | | | | |
| 39. -- Kern County CA Municipal Bond | | None | | | Redeemed | 08/15/18 | J | C | |
| 40. -- American Funds American Balanced Fund Cl A | A | Dividend | J | T | | | | | |
| 41. -- American Funds Income Fund of America | A | Dividend | J | T | | | | | |
| 42. JO UBS ACCT (...29) | | None | N | T | | | | | |
| 43. -- CollegeAmerica 529 Bond Fund of America | | None | K | T | | | | | |
| 44. -- CollegeAmerica 529 Capital World Growth & Income Fund | | None | L | T | | | | | |
| 45. -- CollegeAmerica 529 Euro Pac Growth Fund | | None | K | T | | | | | |
| 46. -- CollegeAmerica 529 Growth Fund of America | | None | L | T | | | | | |
| 47. -- CollegeAmerica 529 Income Fund of America | | None | L | T | | | | | |
| 48. -- CollegeAmerica 529 New Perspective Fund | | None | K | T | | | | | |
| 49. -- CollegeAmerica 529 Smallcap World Fund | | None | K | T | | | | | |
| 50. -- CollegeAmerica 529 Washington Mutual Investors Fund | | None | L | T | | | | | |
| 51. JOINT UBS ACCT (...48) | A | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 53. -- Sallie Mae Ednotes Callable | A | Interest | J | T | | | | | |
| 54. -- Wentzville Mo Sch Municipal Bond | | None | K | T | | | | | |
| 55. -- Yorba Linda CA Municipal Bond | | None | J | T | Redeemed (part) | 09/04/18 | J | | |
| 56. -- Chicago IL Bd of Ed Municipal Bond | | None | K | T | | | | | |
| 57. -- Chicago IL Lakefront Municipal Bond | | None | K | T | | | | | |
| 58. -- NJ Trans Trust Municipal Bonds | | None | M | T | | | | | |
| 59. -- Escondido CA UHSD Municipal Bond | | None | K | T | | | | | |
| 60. -- Massachusetts Bay Trans Municipal Bond | | None | K | T | Buy | 08/23/18 | K | | |
| 61. -- Washington Clackamas Municipal Bond | | None | K | T | Buy | 08/23/18 | K | | |
| 62. -- DC Washington Mandarin Hotel Municipal Bond | | None | | | Sold (part) | 03/01/18 | K | A | |
| 63. | | | | | Sold | 04/06/18 | K | A | |
| 64. -- New York City SR A Municipal Bond | | None | | | Sold | 05/09/18 | J | A | |
| 65. -- Athens-Clarke County GA Municipal Bond | | None | | | Sold | 03/29/18 | K | | |
| 66. -- San Joaquin Delta Comnty Ser B Municipal Bond | | None | | | Redeemed | 08/01/18 | L | C | |
| 67. -- John Hancock New York Venture Annuity (see components lines 68-77) | | None | N | T | | | | | |
| 68. ---- JH Fundamental Large Cap fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  ---- JH Mid Cap Index fund | | None | L | T | | | | | |
| 70.  ---- JH 500 Index Fund | | None | K | T | | | | | |
| 71.  ---- Western Asset High Yield Fund | | None | K | T | | | | | |
| 72.  ---- Wellington Management Mid Cap Stock Fund | | None | K | T | | | | | |
| 73.  ---- Wellington Management Small Cap Value fund | | None | K | T | | | | | |
| 74.  ---- Wells Capital Core Bond fund | | None | K | T | | | | | |
| 75.  ---- Templeton-Global fund | | None | K | T | | | | | |
| 76.  ---- Templeton-Int'l Value fund | | None | J | T | | | | | |
| 77.  -- Lincoln Life Moneyguard Reserve | | None | L | T | | | | | |
| 78.  JOINT UBS ACCT (...49) | F | Int./Div. | O | T | | | | | |
| 79.  -- UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 80.  -- AT&T Inc | B | Dividend | K | T | | | | | |
| 81.  -- Salesforce.com Inc | | None | K | T | Sold (part) | 08/29/18 | J | D | |
| 82. | | | | | Donated (part) | | | | |
| 83. | | | | | Donated (part) | | | | |
| 84. | | | | | Donated (part) | | | | |
| 85. | | | | | Donated (part) | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Donated (part) | | | | |
| 87. -- Ishares S&P 500 Value ETF | B | Dividend | K | T | | | | | |
| 88. -- Ishares S&P 500 Growth ETF | A | Dividend | L | T | | | | | |
| 89. -- Fidelity Advisor New Insights Fund Cl A | D | Dividend | L | T | Sold (part) | 08/28/18 | J | B | |
| 90. | | | | | Sold (part) | 11/01/18 | J | A | |
| 91. -- Hennessy Cornerstone Growth Fund Institutional Class | D | Dividend | L | T | | | | | |
| 92. -- Janus Henderson Global Equity Income Fund Class I | C | Dividend | K | T | Buy | 12/24/18 | K | | |
| 93. | | | | | Sold | 11/05/18 | L | | |
| 94. -- JP Morgan U.S. Large Cap Core Plus Fund A | D | Dividend | K | T | | | | | |
| 95. -- Neuberger Berman Equity Income Fund Class I | C | Dividend | L | T | Sold (part) | 04/05/18 | K | | |
| 96. -- Neuberger Berman Intrinsic Value Fund Class A | D | Dividend | L | T | | | | | |
| 97. -- Oakmark Fund Class I | D | Dividend | L | T | | | | | |
| 98. -- Salient MLP Energy Infrastructure II Class I | A | Dividend | | | Sold | 04/05/18 | K | C | |
| 99. -- Virtus Emerging Markets Opportunities Fund Class I | B | Dividend | K | T | Sold (part) | 07/05/18 | J | B | |
| 100. -- Loomis Sayles Strategic Income Fund Class A | B | Dividend | L | T | | | | | |
| 101. -- Lord Abbett Floating Rate Fund | B | Dividend | K | T | Sold (part) | 05/03/18 | J | | |
| 102. | | | | | Sold (part) | 10/02/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Orenstein, James | 07/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Nuveen High Yield Municipal Bond Fund I | B | Dividend | K | T | | | | | |
| 104. -- Gateway Fund Class Y | A | Dividend | L | T | | | | | |
| 105. -- First Eagle Global Fund Class A | C | Dividend | L | T | Sold (part) | 04/18/18 | K | C | |
| 106. | | | | | Sold (part) | 05/30/18 | J | B | |
| 107. -- DWS European Equity Fund-S | | None | | | Buy | 11/05/18 | K | | |
| 108. | | | | | Sold | 12/21/18 | K | | |
| 109. JO/FAMILY #3 UBS ACCT (...77) | C | Dividend | K | T | | | | | |
| 110. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 111. -- Amer Funds Capital World Growth & Income Fund Cl A | C | Dividend | K | T | | | | | |
| 112. JO/FAMILY #4 UBS ACCT (...79) | C | Dividend | K | T | | | | | |
| 113. -- UBS Bank USA Dep Acct | | None | J | T | | | | | |
| 114. -- Amer Funds Capital World Growth & Income Fund Cl A | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Orenstein, James** | 07/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, generally: For all asset sales resulting in a loss or no net gain, I have left Column D(4) blank. I have reported all dividend income, including dividends that were reinvested; however, pursuant to the Committee's instructions, I no longer separately report reinvestment transactions.

Part VII, line 4: The valuation of my share of the        Real Estate Trust is based on an appraisal of the value of the property held in trust as of January 23, 2008 (the date I inherited my share). The appraisal was reported on November 12, 2008.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Orenstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544